1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10   MELVIN PALACIOS,                    )  CASE NO. CV 14-7388-BRO (PJW)
                                         )
11               Petitioner,             )  ORDER ACCEPTING REPORT AND
                                         )  ADOPTING FINDINGS, CONCLUSIONS,
12         v.                            )  AND RECOMMENDATIONS OF UNITED
                                         )  STATES MAGISTRATE JUDGE, AND
13   CLARK E. DUCART, WARDEN,            )  DENYING CERTIFICATE OF
                                         )  APPEALABILITY
14               Respondent.             )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge.  No objections to the Report and

19   Recommendation have been filed.  The Court accepts the Magistrate

20   Judge's Report and adopts it as its own findings and conclusions.

21        Further, for the reasons stated in the Report and Recommendation,

22   the Court finds that Petitioner has not made a substantial showing of

23   the denial of a constitutional right and, therefore, a certificate of

24

25

26

27

28

1   appealability is denied.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P.

2   22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

3

4        DATED:      March 8, 2016.

5

6

7                                  BEVERLY REID O'CONNELL
                                   UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   C:\Users\imartine\AppData\Local\Temp\notesC7A056\~9817952.wpd

2